NATIONAL LABOR RELATIONS
BOARD, Petitioner

v.

SPARTANS INDUSTRIES et al.
No. 17285.

United States Court of Appeals
Eighth Circuit.
March 19, 1963.

Stuart Rothman, Gen. Counsel, and Salvatore Cosentino, Regional Director, NLRB for petitioner.

Parker, Chapin and Flattau, by Alvin M. Stein and Robert Pick, New York City, for respondent.

PER CURIAM.

Order of Labor Board enforced on petition for enforcement and stipulation for entry of consent decree.

UNITED STATES of America,
Appellant

v.

UTLEY WHOLESALE, INC., et al.
No. 17212.

United States Court of Appeals
Eighth Circuit.
March 4, 1963.

Theodore L. Richling, U. S. Atty., and Frederic J. Coufal, Asst. U. S. Atty., for appellant.

David S. Lathrop, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.